# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHI CHI LOCCI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SARA SANDRICK, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | 1:12-cv-00199-GSA-PC<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION |

On February 1, 2012, Plaintiff Chi Chi Locci filed the complaint upon which this action proceeds. The Clerk of the Court designated the action as one involving a prisoner litigating the conditions of confinement at a California state prison. Upon further review of the Court, it has been determined that the present action does not involve state prison conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to:

　　1.　Re-designate this action as a 440 civil action;

　　2.　Send a notice of the new case number to all parties in this action; and

　　3.　Issue all applicable standing orders, scheduling orders, and process.

Further, the parties SHALL omit the PC designation at the end of the case number on all future filings.

　　IT IS SO ORDERED.

　　Dated:　__February 14, 2012__　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE